AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF TEXAS, EL PASO DIVISION**

FILED
MAR 31 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**UNITED STATES OF AMERICA**
V.
Carlos Heliberto SOLARES Y SOLARES

**CRIMINAL COMPLAINT**

Case Number: EP-25-M-1394-RFC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **3/28/2025** in **Hudspeth** County, in the **Western District Of Texas** defendant(s) did,

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 1227(a) of this title, who-
(A) willfully fails or refuses to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

in violation of Title **8** United States Code, Section(s) **1253(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 28, 2025, in the Western District of Texas, Carlos Heliberto SOLARES y Solares, entered the immigration inspection lane at the Sierra Blanca checkpoint located on Interstate 10 east mile marker 102.5 near Sierra Blanca, Texas. SOLARES y Solares, was the driver of a silver in color Chevrolet Malibu displaying California license plates. From statements made by SOLARES y Solares, it was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be in or remain in the United States legally. SOLARES y Solares was order removed by an Immigration Judge on December 05, 2007.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Oath Telephonically Sworn
At __1:02__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

Signature of Complainant

J. Christian Macias
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

3/31/2025                                     at    El Paso, TX
Date                                                City/State

Robert F. Castaneda        U.S. Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Carlos Heliberto SOLARES Y SOLARES

PEPT# PBBT250300112

03/31/2025

FACTS    (CONTINUED)
SOLARES Y Solares was advised of his rights utilizing CBP Form I-214 and acknowledged understanding his rights by signing the CBP I-214. SOLARES y Solares stated that he was willing to answer questions without a lawyer present.

During an interview of SOLARES y Solares, a Border Patrol Agent asked SOLARES y Solares if he knew he was ordered removed by a judge and needed to leave the United States in which SOLARES y Solares stated "Yes.". SOLARES Y Solares also admitted that he was fully aware of his pending deportation and understood that he was required to attend an immigration hearing.  SOLARES y Solares made no attempt to leave the United States on his own recognizance.  SOLARES y Solares also stated that he was on his was to Houston, Texas from Los Angeles, California to visit his daughter and stay if there was a job opportunity.

SOLARES y Solares has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
Ordered Excluded/Deported/Removed Immigration Judge (IJ)
12/05/2007

Criminal History:
AGENCY- DHS LAW ENF SS WILLISTON (VTICE0900)
AGENCY CASE- A70665074
NCIC NUMBER- NIC/N060719215
OFFENSE- CHG/ALIEN UNLAWFULLY PRESENT DUE TO ORDER OF REMOVAL FROM THE USA
DATE LISTED- 2025/02/22
CRIMINAL HISTORY:

CHARGE 1-001 COUNTS OF ELDER/DEP ADULT CRUELTY
ARRESTED OR RECEIVED 2021/11/29
AGENCY-POLICE DEPARTMENT ANAHEIM
MRD/CONVICTED-PROB/JAIL - 3 YEARS PROBATION - 6 DAYS JAIL - WORK

CHARGE 1-001 COUNTS OF FORCE/ADW NOT FIREARM, GBI
CHARGE 2-001 COUNTS OF VIO ORD, PREVNT DOMES VIOL
ARRESTED OR RECEIVED 2022/03/21 SID- CA12404797
AGENCY-POLICE DEPARTMENT ANAHEIM
MRD/ CONVICTED-PROB/JAIL - 1 YEAR PROBATION - 60 DAYS JAIL - RESTN
MRD/ CONVICTED - STAYED

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Carlos Heliberto SOLARES Y SOLARES

PEPT# PBBT250300112

03/31/2025

FACTS    (CONTINUED)

Criminal History:

CHARGE 1-001 COUNTS OF CONTEMPT, VIOL PROTECT ORD
ARRESTED OR RECEIVED 2022/05/08 SID- CA12404797
AGENCY-POLICE DEPARTMENT ANAHEIM
MRD/ CONVICTED-JAIL - 25 DAYS JAIL